# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**TERRENCE J. QUIGLEY and**
**TJQ ENTERPRISES, INC.**

                **V.**                **CASE NUMBER: 5:03-CV-1198(NAM/DEP)**

**CITY OF SYRACUSE; et al.**

[ ]      **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[XX]      **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFFS dismissing plaintiffs' complaint pursuant to the Memorandum-Decision and Order of the Hon. Norman A. Mordue dated September 29, 2006.

DATED:    September 29, 2006

                                                   */s/ Lawrence K. Baerman*
                                                   Clerk of Court

LKB:lmp